## United States District Court for the Northern District of Illinois

Case Number: 08cv3884               Assigned/Issued By: DAJ

Judge Name: KOCORAS               Designated Magistrate Judge: NOLAN

---

**FEE INFORMATION**

*Amount Due:*   [✓] $350.00    [ ] $39.00    [ ] $5.00
               [ ] IFP        [ ] No Fee    [ ] Other _____
               [ ] $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00               Receipt #: 2916527

Date Payment Rec'd: 07/08/08      Fiscal Clerk: DAJ

---

**ISSUANCES**

[ ] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

_____ Original and _____ copies on _____ as to _____
                                         (Date)
_____
_____

C:\wpwin80\docket\feeinfo.frm    03/14/05