UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Alvin R McCowan
                                 Plaintiff,

v.                                                Case No.: 1:08−cv−03884
                                                            Honorable Charles P. Kocoras

The Habitat Company, LLC, et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras: Status hearing set for 9/3/2008 at 09:30 AM. At the initial hearing, parties to report on the following: 1. Possibility of settlement. 2. If no possibility of settlement exists, the nature and length of discovery necessary to prepare the case for resolution. Plaintiff is directed to advise all other parties of the Court's action herein. Lead counsel for each party is required to attend the initial hearing.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.