U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                  Case Number: 08 cv 3884

McCOWAN

v.

THE HABITAT COMPANY, LLC, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE HABITAT COMPANY, LLC, HABITAT EXECUTIVE SERVICES, INC., AND HABITAT EXECUTIVES NO. 1, LLC

| | |
|---|---|
| NAME (Type or print)<br>Thomas S. Bradley | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Thomas S. Bradley | |
| FIRM<br>Laner, Muchin, Dombrow, Becker, Levin & Tominberg, Ltd. | |
| STREET ADDRESS<br>515 North State Street, Suite 2800 | |
| CITY/STATE/ZIP<br>Chicago, IL 60654 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06199054 | TELEPHONE NUMBER<br>312-467-9800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |