U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08 cv 3884

McCOWAN

v.

THE HABITAT COMPANY, LLC, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE HABITAT COMPANY, LLC, HABITAT EXECUTIVE SERVICES, INC., AND HABITAT EXECUTIVES NO. 1, LLC

| NAME (Type or print) |   |
|---|---|
| Joseph M. Gagliardo |   |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Joseph M. Gagliardo | |
| FIRM | |
| Laner, Muchin, Dombrow, Becker, Levin & Tominberg, Ltd. | |
| STREET ADDRESS | |
| 515 North State Street, Suite 2800 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60654 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 00901989 | 312-467-9800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☑ NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |